

leave from his duty assignment with the United States Army. He voluntarily came to the District of Columbia and while here has filed this petition. The jurisdiction of this court in Habeas Corpus matters is controlled by Ahrens v. Clark, 1948, 335 U.S. 188, 68 S.Ct. 1443, 92 L.Ed. 1898. In that case the court said, at page 190 of 335 U.S., at page 1444 of 68 S.Ct., "The question at the threshold of the case is whether the words 'within their respective jurisdictions' limit the district courts to inquiries into the causes of restraints of liberty of those confined or restrained within the territorial jurisdictions of those courts."

It is apparent from the pleadings and is admitted by the petitioner that he is not restrained within the District of Columbia, but is here voluntarily. Therefore, this court has no jurisdiction to entertain this writ. The cases of Eisentrager v. Forrestal, 84 U.S.App.D.C. 396, 174 F.2d 961, Supreme Court reversed 339 U.S. 763, 70 S.Ct. 936, 94 L.Ed. 1255, and Koki Hirota v. General of the Army MacArthur, 338 U.S. 197, 200, 69 S.Ct. 1238, 93 L.Ed. 1902, are not applicable here, since in those cases the petitioners were restrained outside of the territorial limits of the United States, therefore, under the ruling of Ahrens v. Clark, supra, this case shall be dismissed.

GOURLEY, Chief Judge.

This is a habeas corpus proceeding which relates to a federal offense. The crime occurred and sentence was imposed in the Western District of Pennsylvania. The petitioner is serving the sentence imposed in the jurisdiction of Kansas at Leavenworth.

Since the petitioner is not within the jurisdiction of this Court, it is necessary to dismiss the petition. 28 U.S.C.A. § 2241 (a); United States ex rel. Smith v. Warden of Philadelphia County Prison, 3 Cir., 181 F.2d 847; Ahrens v. Clark, Attorney General, 335 U.S. 188, 68 S.Ct. 1443, 92 L.Ed. 1898.

An appropriate order will be entered.

### UNITED STATES ex rel. DORSCH v. HUNTER, Warden of Leavenworth Penitentiary.

Civ. No. 10187.

United States District Court,
W. D. Pennsylvania.

Dec. 27, 1951.

### UNITED STATES ex rel. HOLLY v. CLAUDY, Warden.

No. 151.

United States District Court
W. D. Pennsylvania.

Jan. 3, 1952.

